FILED
MAY 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**WENYI WANG**
c/o Marks & Katz, LLC
1400 Spring Street, Suite 410
Silver Spring, MD 20910

      Plaintiff,

      v.

**EXECUTIVE OFFICE OF THE PRESIDENT**
White House
725 17th St., NW
Washington, DC 20503

      Defendant.

Case: 1:07-cv-00891
Assigned To : Robertson, James
Assign. Date : 5/11/2007
Description: FOIA/Privacy Act

JURY ACTION

## COMPLAINT FOR DECLARATORY JUDGMENT, INJUNCTIVE RELIEF, DAMAGES, AND ATTORNEYS' FEES

COME NOW the Plaintiff, Wenyi Wang, by and through her attorneys, Jonathan L. Katz, and the law firm of Marks & Katz, LLC, and represents to this honorable Court as follows:

### I. NATURE OF ACTION

1.    This is an action to compel the disclosure of material sought under the Freedom of Information Act, Privacy Act, and all other applicable laws.

### II. JURISDICTION AND VENUE

2.    This action is brought pursuant to 5 U.S.C. § 552 and 5 U.S.C. § 552(a)(4)(B) to enjoin and order the Executive Office of the President ("Executive Office") to produce records improperly withheld from Plaintiff.

3.    Jurisdiction in this Court is conferred by 5 U.S.C. § 552(a)(4)(B), which confers this Court with the authority to enjoin agencies from withholding agency records improperly withheld

1

under the Freedom of Information Act ("FOIA").

4. Venue in this Court is conferred by 5 U.S.C. § 552(a)(4)(B), which provides that a complaint thereunder be filed in the district in which the complainant resides (Plaintiff resides in New York State), or has his principal place of business, or in which the agency records are situated. In this instance, the records are situated in Washington, DC.

### III. PARTIES

5. Plaintiff Wenyi Wang (hereinafter "Wang"), is a New York state resident.

6. Defendant Executive Office of the President is an agency as defined in 5 U.S.C. § 552(f)(1).

### IV. ALLEGATIONS

7. On July 7, 2006, by certified mail, Plaintiff sent a FOIA request ("FOIA Request") precisely addressed to "FOIA Officer, Office of Administration, White House, 725 17th Street NW, Washington, DC 20503." Plaintiff's FOIA Request states as follows in pertinent part:

"Re: **CCTV Reporter at the White House on April 20, 2006**

"FOIA REQUEST

"To the White House Press Office:

"    In my individual capacity and as the attorney for Wenyi Wang for the purpose of this letter, I respectfully request that you provide me the following information voluntarily and/or pursuant to all laws regarding freedom of information.

"    Please provide me the name of the cameraman from China Central Television (CCTV) who was present at the White House South Lawn ceremony on April 20, 2006, during Chinese President Hu Jintao's official visit.

"    The reason for this request includes my understanding that this cameraman was the one who intervened when Ms. Wang called out for human rights to be protected in China. I also understand that this cameraman applied pressure points on Ms. Wang to restrain her.

2

"     Clearly, such behavior is unacceptable by anybody other than appropriate United States government security personnel. I am sure that you and/or President Bush would not wish to keep this CCTV cameraman's name secret.

"     I look forward to receiving this information from you. Thank you.

"Very truly yours, /s/ Jonathan L. Katz."

8.     Plaintiff mailed her FOIA Request by Certified Mail receipt number 7006-0810-0002-7871-9415, to "FOIA Officer, Office of Administration, White House, 725 17th Street NW, Washington, DC 20503." As confirmed by United States Postal Service records, the FOIA Request was delivered on July 10, 2006, at 2:42 a.m., and was signed by J PENNINGTON.

9.     Plaintiff also mailed a duplicate ("Duplicate") of her FOIA Request (with undersigned counsel's original signature thereon) by Certified Mail receipt number 7006-0810-0001-5867-0010, on June 22, 2006, to "Press Office, The White House, 1600 Pennsylvania Ave., NW, Washington, DC 20500, " except that this duplicate does not say the phrase "FOIA Request". As confirmed by United States Postal Service records, the FOIA Request Duplicate was delivered on June 26, 2006, at 4:47 a.m., and was signed by R CHASEZ.

10.     Defendant never replied to Plaintiff's FOIA Request, neither orally, by writing, nor by any other means.

11.     Plaintiff has exhausted her administrative remedies, in that Defendant failed to comply with the applicable time limit provisions of the Freedom of Information Act, at 5 U.S.C. § 552(a)(6)(A), which requires Defendant to determine within twenty business days after the receipt of the FOIA request whether to comply with such request and to immediately notify the requestor of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination.  5 U.S.C. § 552(a)(6)(C)(i),

## COUNT I

**PLAINTIFF IS ENTITLED TO THE DOCUMENTS SOUGHT IN HER FOIA REQUEST**

12. Plaintiff realleges and incorporates herein paragraphs 1 through 11 as if fully restated herein.

13. Defendant failed to reply to her FOIA request, pursuant to 5 U.S.C. § 552(a)(6)(A).

Plaintiff is entitled to obtain the documents sought in her FOIA request, pursuant to 5 U.S.C. § 552(a)(3)(A), which provides for each agency to make records promptly available to any person reasonably describing such records.

14. Defendant did not sufficiently and reasonably search for all documents requested by Plaintiff, nor did Defendant reply to Plaintiff's FOIA Request at all.

## COUNT II

15. Plaintiff realleges and incorporate herein paragraphs 1 through 14 as if fully restated herein.

16. Defendant has wrongfully withheld the documents sought in Plaintiff's above-described FOIA request.

17. In her legitimate desire to pursue the rights and privileges guaranteed by the laws of the United States, Plaintiff has employed the undersigned counsel to prosecute this action.

18. Accordingly, Plaintiff is entitled to an award of attorney's fees as provided for by 5 U.S.C. § 552(a)(4)(E), and by all other applicable provisions of law.

**WHEREFORE**, Plaintiff respectfully requests that this Court GRANT the following relief:

a) A declaration that Defendant has improperly withheld the documents sought in his FOIA request described above;

b)   An immediate hearing on this Complaint;

c)   An Order that the Defendant forthwith provide the documents sought in Plaintiff's FOIA request;

d)   An award of any and all attorney's fees and costs as authorized by law;

e)   An award of all appropriate damages established by Plaintiff; and

f)   Such other and further relief as this Court deems fit, just, and equitable.

Dated: May 10, 2007

Respectfully submitted,

MARKS & KATZ, L.L.C.

_____
Jonathan L. Katz
DC Bar No. 425-61
1400 Spring St., Suite 410
Silver Spring, MD 20910
(301) 495-4300
Fax: (301) 495-8815
Attorneys for Plaintiff

**DEMAND FOR JURY TRIAL**

The Plaintiff respectfully demands a jury trial on all issues so triable.

_____
Jonathan L. Katz

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

WENYI WANG

**DEFENDANTS**

EXECUTIVE OFFICE OF THE PRESIDENT

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Queens Cty, NY
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Washington, DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jonathan L. Katz, Marks & Katz, LLC, 1400 Spring St., Suite 410, Silver Spring, MD 20910, 301-495-4300.

Case: 1:07-cv-00891
Assigned To : Robertson, James
Assign. Date : 5/11/2007
Description: FOIA/Privacy Act

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)       OR       ○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⊙ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Freedom of Information Act 5 U.S.C. § 552

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 5/10/2007   SIGNATURE OF ATTORNEY OF RECORD _____

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.