UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**WENYI WANG**
6718 Utopia Parkway
Fresh Meadows, NY 11365

      Plaintiff,

      v.　　　　　　　　　　　Civ. No. 1:07-cv-000891-JR

**EXECUTIVE OFFICE OF THE PRESIDENT**
White House
725 17th St., NW
Washington, DC 20503

      Defendant.
_____/

**PRAECIPE**

TO THE COURT:

   Pursuant ot Local Rule LCvR 5.1(e)(1), Plaintiff hereby provides her following residence address:

**WENYI WANG**
6718 Utopia Parkway
Fresh Meadows, NY 11365

   Undersigned counsel apologizes for inadvertently omitting Plaintiff's residence address. Local Rule LCvR 5.1(e)(1) indicates that such omission may be cured by providing the plaintiff's address to the Court within thirty days after the filing of the Complaint.

  Undersigned counsel hereby certifies that a copy of the foregoing Praecipe will be served with the Summonses and Complaint copies attached thereto.

   This Praecipe is being filed by first-class mail postage-prepaid in paper form, and by e-mail (in PDF format) to dcd_cmecf@dcd.uscourts.gov. The Complaint was filed on May 11, 2007, and is not yet listed on the PACER system.

May 11, 2007                                            Respectfully submitted,

**MARKS & KATZ, L.L.C.**


\_\_/s/_____
Jonathan L. Katz
DC Bar No. 425-615
1400 Spring St., Suite 410
Silver Spring, MD 20910
(301) 495-4300
Fax: (301) 495-8815
Attorneys for Plaintiff