IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WENYI WANG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   1:07CV00891 (JR) |
| | ) | |
| EXECUTIVE OFFICE OF THE, PRESIDENT, | ) | Judge:   James Robertson |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE, pursuant to **LCvR 83.6 (a)**, of the entry of appearance of ERIC J. SOSKIN, PA Bar No. 200663, of the United States Department of Justice, Civil Division, Federal Programs Branch, 20 Massachusetts Avenue, N.W., Room 6140, Washington, D.C. 20530, telephone number (202) 353-0533, in the above-captioned matter as a counsel of record for Defendant Executive Office of the President.

Dated: June 19, 2007                    Respectfully submitted,

                                                        PETER D. KEISLER  
                                                        Assistant Attorney General

                                                        JEFFREY A. TAYLOR  
                                                        United States Attorney


                                                        */s/ Eric J. Soskin*  
                                                        ERIC J. SOSKIN, PA Bar # 200663  
                                                        United States Department of Justice  
                                                        Civil Division, Federal Programs Branch  
                                                        Post Office Box 883  
                                                        Washington, D.C. 20044  
                                                        Telephone:  (202) 353-0533  
                                                        Facsimile:   (202) 616-8460  
                                                        E-mail: eric.soskin@usdoj.gov

                                                        COUNSEL FOR DEFENDANT