```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF COLUMBIA
```

WENYI WANG                              *
                                        *
        Plaintiff                       *  Civ. No. 1:07-cv-00891
                                        *
   v.                                   *
                                        *
EXECUTIVE OFFICE OF THE PRESDIDENT      *
                                        *
        Defendant.                      *


## DECLARATION OF THE SERVICE

I HEREBY CERTIFY under the penalties of perjury, to the following:

1. I am over eighteen years old, and am competent to testify to the following.

2. The original summons, a copy of the Complaint, and all attachments required thereto, were served as follows by certified mail to all parties required to be served:

   a. The Executive Office of the President received the certified mailing on May 21, 2007. The certified mailing was sent May 17, 2007. *See* Certified Mail Receipt (attached to Exhibit 1 hereto) and U.S. Postal Service online confirmation (attached hereto as Exhibit 2). The certified mail receipt number is 7006 0810 0001 5866 9908.

   b.. United States Attorney Jeffrey Taylor received the certified mailing on May 21, 2007. The certified mailing was

sent May 17, 2007. *See* Certified Mail Receipt (attached to Exhibit 1 hereto) and U.S. Postal Service online confirmation (attached hereto as Exhibit 3). The certified mail receipt number is 7006 0810 0001 5866 9915.

    c.    Attorney General Gonzales received the certified mailing on May 21, 2007. The certified mailing was sent May 17, 2007. *See* Certified Mail Receipt (attached to Exhibit 1 hereto) and U.S. Postal Service online confirmation (attached hereto as Exhibit 4). The certified mail receipt number is 7006 0810 0001 5867 0201.

    3.    The foregoing is is true and correct to the best of my knowledge, information, and belief.

    ____/s/ Jonathan L. Katz____
Jonathan L. Katz
D.C. Bar No. 425615
Marks & Katz, LLC
1400 Spring St., Suite 410
Silver Spring, MD 20910
Ph: (301) 495-4300
Fax:    (301) 495-8815
jon@markskatz.com

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Executive Office of the President George W. Bush or his Designee<br>c/o Office of Administration<br>725 17th St. N.W.<br>Washington, D.C. 20503 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0001 5866 9908 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Executive Office of the President George Bush or his Designee
Street, Apt. No.; or PO Box No.: c/o Office of Administration 725 17th St. N.W.
City, State, ZIP+4: Washington, D.C. 20503

PS Form 3800, June 2002    See Reverse for Instructions

7006 0810 0001 5866 9908

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jeffrey Taylor, Esquire<br>United States Attorney<br>555 4th St., N.W.<br>Washington, D.C. 20530 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0001 5866 9915 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Jeffrey Taylor, Esquire
Street, Apt. No.; or PO Box No.: 555 4th St., N.W.
City, State, ZIP+4: Washington, D.C. 20530

7006 0810 0001 5866 9915

PS Form 3800, June 2002    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

1. Article Addressed to:

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7006 0810 0001 5867 0201

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

First Class Mail

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here   MAY

Sent To: Alberto Gonzales, Att. General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave. N.W.
City, State, ZIP+4 Washington, D.C. 20530

7006 0810 0001 5867 0201

PS Form 3800, June 2002   See Reverse for Instructions

USPS - Track & Confirm  Case 1:07-cv-00891-JR  Document 7-3  Filed 07/07/2007  Page 1 of 1  http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0001 5866 9908**
Detailed Results:

- **Delivered, May 21, 2007, 2:30 am, WASHINGTON, DC 20500**
- **Arrival at Unit, May 21, 2007, 2:26 am, WASHINGTON, DC 20022**
- **Acceptance, May 17, 2007, 5:28 pm, SILVER SPRING, MD 20907**

< Back    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**

Copyright ©1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help | Sign In

Track & Confirm     FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0001 5866 9915**
Detailed Results:

- **Delivered, May 21, 2007, 4:59 am, WASHINGTON, DC 20530**
- **Notice Left, May 21, 2007, 2:44 am, WASHINGTON, DC 20530**
- **Arrival at Unit, May 21, 2007, 12:33 am, WASHINGTON, DC 20022**
- **Acceptance, May 17, 2007, 5:27 pm, SILVER SPRING, MD 20907**

< Back     Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**

Copyright ©1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0001 5867 0201**
Detailed Results:

- **Delivered, May 21, 2007, 4:59 am, WASHINGTON, DC 20530**
- **Notice Left, May 21, 2007, 2:44 am, WASHINGTON, DC 20530**
- **Arrival at Unit, May 21, 2007, 12:33 am, WASHINGTON, DC 20022**
- **Acceptance, May 17, 2007, 5:29 pm, SILVER SPRING, MD 20907**

< Back                    Return to USPS.com Home >



Enter Label/Receipt Number.

Go >



**POSTAL INSPECTORS**        site map    contact us    government services    jobs    **National & Premier**
Preserving the Trust                                                                    **Accounts**
Copyright ©1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy