UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WENYI WANG | * |
| | * |
| Plaintiff | * Civ. No. 1:07-cv-00891 |
| | * |
| v. | * |
| | * |
| EXECUTIVE OFFICE OF THE PRESDIDENT | * |
| | * |
| Defendant. | * |

**DECLARATION OF THE SERVICE**

I HEREBY CERTIFY under the penalties of perjury, to the following:

1. I am over eighteen years old, and am competent to testify to the following.

2. The original summons, a copy of the Complaint, and all attachments required thereto, were served as follows by certified mail to all parties required to be served:

a. The Executive Office of the President received the certified mailing on May 21, 2007. The certified mailing was sent May 17, 2007. *See* Certified Mail Receipt (attached to Exhibit 1 hereto) and U.S. Postal Service online confirmation (attached hereto as Exhibit 2). The certified mail receipt number is 7006 0810 0001 5866 9908.

b.. United States Attorney Jeffrey Taylor received the certified mailing on May 21, 2007. The certified mailing was

1

sent May 17, 2007. *See* Certified Mail Receipt (attached to Exhibit 1 hereto) and U.S. Postal Service online confirmation (attached hereto as Exhibit 3). The certified mail receipt number is 7006 0810 0001 5866 9915.

    c.    Attorney General Gonzales received the certified mailing on May 21, 2007. The certified mailing was sent May 17, 2007. *See* Certified Mail Receipt (attached to Exhibit 1 hereto) and U.S. Postal Service online confirmation (attached hereto as Exhibit 4). The certified mail receipt number is 7006 0810 0001 5867 0201.

    3.    The foregoing is is true and correct to the best of my knowledge, information, and belief.

                                         ____/s/ Jonathan L. Katz____
                                         Jonathan L. Katz
                                         D.C. Bar No. 425615
                                         Marks & Katz, LLC
                                         1400 Spring St., Suite 410
                                         Silver Spring, MD 20910
                                         Ph: (301) 495-4300
                                         Fax:   (301) 495-8815
                                         jon@markskatz.com



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0001 5866 9908**
Detailed Results:

- **Delivered, May 21, 2007, 2:30 am, WASHINGTON, DC 20500**
- **Arrival at Unit, May 21, 2007, 2:26 am, WASHINGTON, DC 20022**
- **Acceptance, May 17, 2007, 5:28 pm, SILVER SPRING, MD 20907**

< Back                    Return to USPS.com Home >



**Track & Confirm**

Enter Label/Receipt Number.

Go >

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**

Copyright ©1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help | Sign In

Track & Confirm    FAQs



## Search Results

Label/Receipt Number: **7006 0810 0001 5866 9915**
Detailed Results:

- **Delivered, May 21, 2007, 4:59 am, WASHINGTON, DC 20530**
- **Notice Left, May 21, 2007, 2:44 am, WASHINGTON, DC 20530**
- **Arrival at Unit, May 21, 2007, 12:33 am, WASHINGTON, DC 20022**
- **Acceptance, May 17, 2007, 5:27 pm, SILVER SPRING, MD 20907**



Track & Confirm

Enter Label/Receipt Number.

Go >

&lt; Back     Return to USPS.com Home &gt;



| POSTAL INSPECTORS | site map | contact us | government services | jobs | National & Premier Accounts |

Copyright ©1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

Preserving the Trust



Home | Help | Sign In

Track & Confirm        FAQs



### Search Results

Label/Receipt Number: **7006 0810 0001 5867 0201**
Detailed Results:

- **Delivered, May 21, 2007, 4:59 am, WASHINGTON, DC 20530**
- **Notice Left, May 21, 2007, 2:44 am, WASHINGTON, DC 20530**
- **Arrival at Unit, May 21, 2007, 12:33 am, WASHINGTON, DC 20022**
- **Acceptance, May 17, 2007, 5:29 pm, SILVER SPRING, MD 20907**



Track & Confirm

Enter Label/Receipt Number.

Go >

&lt; Back                          Return to USPS.com Home &gt;



PROFILE INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**



Copyright ©1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy