**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WENYI WANG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-0891 (JR) |
| | : |
| EXECUTIVE OFFICE OF THE PRESIDENT, | : |
| | : |
| Defendant. | : |

**ORDER**

For the reasons set forth in the accompanying memorandum, defendant's motion to dismiss for lack of jurisdiction [4] is **GRANTED.**

JAMES ROBERTSON
United States District Judge