UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**WENYI WANG**
6718 Utopia Parkway
Fresh Meadows, NY 11365

       Plaintiff,

       v.                             Civ. No. 1:07-cv-000891-JR

**EXECUTIVE OFFICE OF THE PRESIDENT**
White House
725 17th St., NW
Washington, DC 20503

       Defendant.
_____/

## PLAINTIFF'S MOTION TO AMEND DISMISSAL ORDER

Plaintiff respectfully moves to amend the dismissal order, pursuant to Fed. R. Civ. P. 59(e), for the following grounds:

The dismissal order is premature, where discovery has not yet been conducted to determine which unit of the Executive Office of the President has the information sought. Discovery is permitted in FOIA lawsuits – and Plaintiff's good faith need for discovery is illustrated below – and has been permitted in such suits. Weisberg v. Dept. of Justice, 627 F.2d 365, 367 (D.C. Cir. 1980) ("[w]e reversed, however, finding material disputed facts regarding the existence of relevant but unreleased records, and holding that Weisberg was entitled to further discovery"). Even if discovery needs to be narrow and reviewed *in camera*, discovery is necessary both to know where the sought information exists, and to determine the extent to which that section of the Executive Office of the President does indeed function independently enough to make such information available under the Freedom of Information Act. 5 U.S.C. § 552(f).

WHEREFORE, Plaintiff respectfully moves to amend the dismissal order and to set this matter in for a status hearing.

Respectfully submitted,

**MARKS & KATZ, L.L.C.**

\_\_/s/_____
Jonathan L. Katz
DC Bar No. 425-615
1400 Spring St., Suite 410
Silver Spring, MD 20910
(301) 495-4300
Fax: (301) 495-8815
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion was served by the CM/ECF filing system on February 4, 2008, to Eric J. Soskin, Esquire.

\_\_/s/_____
Jonathan L. Katz